# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-2386

_____

Lloyd N. Hamm, Jr.

*Plaintiff - Appellant*

v.

Dr. Charles Liggett; Nurse Dream M. Redic-Young

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Arkansas - Hot Springs

_____

Submitted: July 2, 2019
Filed: July 19, 2019
[Unpublished]

_____

Before KELLY, BOWMAN, and GRASZ, Circuit Judges.

_____

PER CURIAM.

In this 42 U.S.C. § 1983 action, former Arkansas inmate Lloyd N. Hamm, Jr., appeals from the orders of the District Court[1] granting summary judgment to

---

[1]The Honorable P. K. Holmes, III, United States District Judge for the Western District of Arkansas.

defendants. Viewing the record in a light most favorable to Hamm and drawing all reasonable inferences in his favor, we conclude that summary judgment was properly granted to defendant Dr. Charles Liggett.[2] See Allard v. Baldwin, 779 F.3d 768, 771 (8th Cir.) (standards of review), cert. denied, 136 S. Ct. 211 (2015). We affirm, and we deny as moot the pending motion to dismiss.

―――――――――――――――――――

[2]Hamm has abandoned his claims against defendant nurse Dream Redic-Young. See Hess v. Ables, 714 F.3d 1048, 1051 n.2 (8th Cir. 2013) (noting that a claim challenging dismissal was abandoned when the appellant failed to brief the issue). Further, the other matters Hamm raises on appeal provide no basis for reversal.